Sarah Martin, Respondent, v. Smith Brothers Plumbing Company, Appellant.— Judgment and order of the County Court of Queens county

unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.